# UNITED STATES DISTRICT COURT
для the
District of Alaska

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Priority Mail Parcel 9505 5133 7572 1195 3060 72 addressed to "Jasmine Clevenger, 3925 Resurrection Dr, Anchorage, AK 99504" | ) )<br>) ) Case No. 3:21-MJ-00391-<br>)             MMS<br>) )<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Alaska_____
*(identify the person or describe the property to be searched and give its location)*:

Priority Mail Parcel 9505 5133 7572 1195 3060 72 addressed to "Jasmine Clevenger, 3925 Resurrection Dr, Anchorage, AK 99504" currently in the possession of the US Postal Inspection Service.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substances, namely LSD, MDMA, cocaine and/or marijuana, methamphetamine, heroin, prescription drugs, and associated packing material.

**YOU ARE COMMANDED** to execute this warrant on or before ___July 30, 2021___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date _____.

Date and time issued: ___July 16, 2021/1630 hours___       _____(Judge's signature)_____

City and state: ___Anchorage, Alaska___       ___Matthew M. Scoble, United States Magistrate Judge___
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 03:21-MJ-00___-MMS | Date and time warrant executed: July 23, 2021  12:52 PM | Copy of warrant and inventory left with: N/A |

Inventory made in the presence of: Inspector France Bega

Inventory of the property taken and name of any person(s) seized:

- Approximately three (3) pounds and eight and four-tenths (8.4) ounces of a amber colored sticky substance consistent with marijuana hash oil

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: July 23, 2021

_Executing officer's signature_

US Postal Inspector Alexander Laurib
_Printed name and title_

Subscribed to electronically, sworn to telephonically, and returned electronically before me this date.

August 5, 2021

MATTHEW M. SCOBLE
U.S. Magistrate Judge
Date